■ JUDITH E. WOODWORTH, Respondent, v RICHARD C. WOODWORTH, Appellant.—Judgment unanimously reversed on the law without costs and motion dismissed, in accordance with the following memorandum: In this action for a declaratory judgment, it was error for Special Term to grant plaintiff's motion for summary judgment and thereby determine the meaning of a provision in a separation agreement. This motion was premature because no complaint had been served *(see,* CPLR 3212 [a]; *Republic Natl. Bank v Luis Winston, Inc.,* 107 AD2d 581; *Miller v Nationwide Mut. Fire Ins. Co.,* 92

AD2d 723). (Appeal from judgment of Supreme Court, Onondaga County, Donovan, J.—declaratory judgment.) Present—Dillon, P. J., Green, Pine, Balio and Lawton, JJ.